# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RAY A. DETERS,** *pro se,*

    Plaintiff,

v.          Case No. 8:09-cv-2563-T-30EAJ

**RODGER A. ALCOTT, et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *Sua Sponte*. The claims filed by Plaintiff Ray A Deters ("Plaintiff") in this action are substantially similar to the claims filed by Plaintiff in Case No. **8:09-cv-1388-T-30MAP** (the "Prior Case"). In the Prior Case, the Court granted Defendants' Motion to Dismiss without prejudice to Plaintiff to re-file his claims if Plaintiff established that his DUI conviction was invalidated by the Second District Court of Appeal of Florida. Plaintiff's appeal of his conviction was still pending before the Second District Court of Appeal of Florida at that time. Plaintiff's complaint in this action, however, notes that the Second District Court of Appeal denied his appeal. Accordingly, as set forth in the Court's November 3, 2009 Order in Case No. **8:09-cv-1388-T-30MAP** at Docket 12, Plaintiff's claims in this action are *Heck*-barred and Plaintiff's complaint must be dismissed with prejudice.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's complaint is hereby DISMISSED with prejudice.

2. The CLERK is directed to CLOSE this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on April 14, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2563.suaspontedismissal.frm